Wealegbay J.G. TAYN, Sr., Plaintiff–Appellant,

v.

Walter KIDDE, Defendant–Appellee.

No. 01–2421.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2002.

Decided Feb. 21, 2002.

Wealegbay J.G. Tayn, Sr., Pro Se. Charles Matthew Keen, Sheri Lea Roberson, Ogletree, Deakins, Nash, Smoak & Stewart, Raleigh, North Carolina, for Appellee.

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Wealegbay J.G. Tayn, Sr., appeals from the district court's judgment granting summary judgment to Walter Kidde and dismissing his employment discrimination complaint. Tayn claims he was discriminated against and faced a hostile work environment because of his race, national origin, and age. He further claims his discharge from employment was retaliatory. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tayn v. Kidde*, No. CA–00–749–1 (M.D.N.C. Oct. 30, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*